# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| RONALD NORMAN STATON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | CIV No. 15-52 LH/SMV |

## ORDER EXTENDING TIME TO FILE ANSWER

THIS MATTER having come before the Court upon Defendant's Unopposed Motion for an Enlargement of Time (Doc. 18), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through July 15, 2015, to file her answer or otherwise respond to Plaintiff's Complaint.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted on 6/15/15*
MANUEL LUCERO, Assistant U.S. Attorney
Attorney for Defendant

*Electronically approved on 6/15/15*
JULIE GLOVER
Attorneys for Plaintiff